# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ASHLEY SANCHEZ AND ANGELA
GRUNEWALD, INDIVIDUALLY AND
ON BEHALF OF OTHERS
SIMILARLY SITUATED

VERSUS

THE OFFICE OF DEBT RECOVERY,
KEVIN RICHARD, IN HIS
OFFICIAL CAPACITY AS
SECRETARY OF THE DEPARTMENT
OF REVENUE, THE OFFICE OF
MOTOR VEHICLES, JAMES M.
LEBLANC, IN HIS OFFICIAL
CAPACITY AS SECRETARY OF THE
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS, AND KAREN G.
ST. GERMAIN, IN HER OFFICIAL
CAPACITY AS COMMISSIONER-
CUSTODIAN OF RECORDS OF THE
LOUISIANA OFFICE OF MOTOR
VEHICLES

NO.   2025 CW 1342

**MARCH 9, 2026**

---

In Re:    The State of Louisiana through the Louisiana Department
          of Revenue & Richard Nelson, as Successor to Kevin
          Richard, Secretary, Louisiana Department of Revenue,
          applying for supervisory writs, Louisiana Board of Tax
          Appeals, Parish of East Baton Rouge, No. 14215D.

---

**BEFORE:  MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.**

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT